| Summons | CIVIL DOCKET NO. 2085CV1080C | Trial Court of Massachusetts  The Superior Court |
|---|---|---|
| CASE NAME: RPAI WORCESTER LINCOLN PLAZA, L.L.C. Plaintiff(s) vs. DICK'S SPORTING GOODS, INC. Defendant(s) | | Dennis P. McManus  Clerk of Courts Worcester  County COURT NAME & ADDRESS: Worcester Superior Court 225 Main Streett Worcester, MA. 01608 |

THIS SUMMONS IS DIRECTED TO  Dick's Sporting Goods, Inc. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**
If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business,           Court
   225 Main Street, Worcester, MA (address), by mail or in person **AND**       Worcester, SS

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   One Turks Head Place, Suite 1300, Providence, Rhode Island 02903

3. **What to Include in Your Response.**
An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

A True Copy, Attest

10/15/20

Constable, Boston, MA     Date

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. _____, Chief Justice on _____, 20____ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____        Signature: _____

**N.B. TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: 10/15/20

rev. 1/2019

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2085CV01080 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Rpai Worcester Lincoln Plaza, L.l.c. vs. Dick's Sporting Goods, Inc. | | Dennis P. McManus, Clerk of Courts |
| TO: Richard Luke Gemma, Esq. Wieck Deluca and Gemma Incorporated One Turks Head Place Suite 1300 Providence, RI 02903 | | COURT NAME & ADDRESS Worcester County Superior Court 225 Main Street Worcester, MA 01608 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                    DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/04/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 02/02/2021 | |
| All motions under MRCP 12, 19, and 20 | 02/02/2021 | 03/04/2021 | 04/05/2021 |
| All motions under MRCP 15 | 11/29/2021 | 12/29/2021 | 12/29/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 09/26/2022 | | |
| All motions under MRCP 56 | 10/25/2022 | 11/24/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 03/24/2023 |
| Case shall be resolved and judgment shall issue by | | | 10/05/2023 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 10/07/2020 | ASSISTANT CLERK Anne O'Connor | PHONE (508)831-2361 |
|---|---|---|

Date/Time Printed: 10-07-2020 08:16:55                                                                            SCV026\ 08/2018

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): RPAI WORCESTER LINCOLN PLAZA, L.L.C. ADDRESS: 525 Lincoln Street Worcester, Massachusetts 01605 | DEFENDANT(S): DICK'S SPORTING GOODS, INC. | COUNTY Worcester |
| ATTORNEY: Richard L. Gemma ADDRESS: Wieck DeLuca & Gemma Incorporated One Turks Head Place, Suite 1300, Providence, Rhode Island 02903 | ADDRESS: 200 Industry Drive, Pittsburgh, Pennsylvania | |
| BBO: 553880 | | |

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| D13 | Declaratory Judgment, G.L. c. 231A | A | ☐ YES  ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☒ NO
Is this a class action under Mass. R. Civ. P. 23?   ☐ YES   ☒ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............................................................................................................. $_____
  2. Total doctor expenses ............................................................................................................... $_____
  3. Total chiropractic expenses ...................................................................................................... $_____
  4. Total physical therapy expenses ............................................................................................... $_____
  5. Total other expenses (describe below) ..................................................................................... $_____
                                                                                                    Subtotal (A): $_____

B. Documented lost wages and compensation to date .................................................................... $_____
C. Documented property damages to date ...................................................................................... $_____
D. Reasonably anticipated future medical and hospital expenses .................................................... $_____
E. Reasonably anticipated lost wages .............................................................................................. $_____
F. Other documented items of damages (describe below) ............................................................... $_____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                                                                    TOTAL (A-F): $_____

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):
                                                                                                    TOTAL: $_____

Signature of Attorney/ Unrepresented Plaintiff: X                                              Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                                                             Date: Oct 5, 2020