COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                               SUPERIOR COURT DEPARTMENT
                                             OF THE TRIAL COURTS
                                             CIVIL ACTION NO.: 2085CV01080

|  |  |
|---|---|
| RPAI WORCESTER LINCOLN PLAZA, L.L.C., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DICK'S SPORTING GOODS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   The Honorable Justices of the Superior Court, Worcester County, Commonwealth of Massachusetts, and All Parties by and Through Their Attorneys of Record:

**PLEASE TAKE NOTICE** that on November 13, 2020, Defendant Dick's Sporting Goods, Inc., filed a Notice of Removal of this action in the United States District Court for the District of Massachusetts. A true copy of the Notice of Removal so filed is attached hereto as Exhibit A.

The State Court shall proceed no further.

1

Respectfully submitted,

DICK'S SPORTING GOODS, INC.

By its attorneys,

Russell Beck, BBO No. 561031
*rbeck@beckreed.com*
Stephen D. Riden, BBO No. 644451
*sriden@beckreed.com*
Hannah T. Joseph, BBO No. 688132
*hjoseph@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660
Fax:    (617) 500-8665

Dated: November 13, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on __11.13.20__.

email

2